IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:18mc3819-MHT |
| | ) | (WO) |
| **HYUNDAI MOTOR** | ) | |
| **MANUFACTURING ALABAMA,** | ) | |
| Montgomery, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| **JOHNNY ALLEN,** | ) | |
| | ) | |
| Defendant. | ) | |

DISPOSITION ORDER

A writ of continuing garnishment has been issued and served upon the garnishee. Pursuant to the writ, the garnishee filed an answer on May 3, 2018, stating that it employs defendant Johnny Allen and will withhold from Allen's wages or salary the amount required by law. Allen was notified of his right to a hearing and has not requested one or otherwise objected to the writ.

\*\*\*

Accordingly, it is ORDERED that:

(1) The garnishee, Hyundai Motor Manufacturing Alabama, shall withhold 25 % from defendant Johnny Allen's net weekly pay and shall promptly remit the identified nonexempt funds every pay period to the Clerk of the Court, One Church Street, Suite B-110, Montgomery, AL 36104.

(2) The clerk of court shall apply these funds to the restitution balance owed by defendant Johnny Allen in case 2:12-cr-000110 (M.D. Ala.).

(3) This garnishment order shall remain in effect until one of the following events occurs: satisfaction of the debt owed to plaintiff; defendant ceases employment with the garnishee (unless the garnishee reinstates or reemploys the defendant within 90 days after the defendant's dismissal or resignation); or entry of an order of the court quashing the writ of continuing garnishment.

(4) The plaintiff shall promptly notify the court, the garnishee, and the defendant upon satisfaction of the debt.

This case is administratively closed.

DONE, this the 20th day of August, 2018.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**