# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | MISC. ACTION NO. |
| v. | ) | 2:18mc3819-MHT |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, Montgomery, AL, | ) ) ) ) ) | (WO) |
| Garnishee, | ) ) ) | |
| JOHNNY ALLEN, | ) ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the motion to dismiss the writ of garnishment (doc. no. 10) is granted, the writ of garnishment previously issued (doc. no. 2) is dismissed, and garnishee Hyundai Motor Manufacturing Alabama shall not withhold any further wages from defendant Johnny Allen.

This case remains closed.

DONE, this the 4th day of March, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**